United States Courts
Southern District of Texas
FILED
*December 08, 2020*
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: 20-655 |
| | § | |
| v. | § | |
| | § | |
| ELADIO GONZALEZ, | § | |
| Defendant. | § | |

### **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **INTRODUCTION**

"Machinegun" is defined in Title 26, United States Code, § 5845(b), as: any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

1

A "Glock switch" is an after market manufactured and sold component part designed to be affixed to the slide of any Glock handgun which allows the handgun to be fired in a fully automatic mode.

**COUNT ONE**
**Possession of a Machinegun**

On or about November 12, 2020, in the Houston Division of the Southern District of Texas, the defendant,

**ELADIO GONZALEZ,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, § 5845(b), namely, twenty (20) Glock switches.

In violation of Title 18, United States Code, §§ 922(o)(1) and 924(a)(2).

Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, § 924(d)(1), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of the offense in violation of Title 18, United States Code, § 924(a)(2) charged in Count One are subject to forfeiture, including, but not limited to, the following:

1. Twenty (20) Glock switches;
2. A Glock Model 19, 9mm handgun, serial number BRBW624;
3. A barrel magazine compatible with the Glock Model 19, 9mm handgun described in item number (2) above;
4. All ammunition found in items number (2) and (3) described above.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: _____
RICHARD D. HANES
Assistant United States Attorney